# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER JAY SKELTON,<br><br>Defendant. | Case No. CR-10-142-BLG-BMM<br><br>**ORDER ALLOWING DEFENDANT TO APPEAR VIA VIDEO** |

Defendant **Tyler Jay Skelton,** having filed a Motion to Allow Defendant to appear via video, and good cause appearing therefore;

Wherefore, IT IS HEREBY ORDERED that Defendant be allowed to appear via video in Las Vegas, Nevada for his hearing on motion for early termination set for today, April 24, 2019, at 11:00 a.m.

DATED this 24th day of April, 2019.

_____
Brian Morris
United States District Court Judge