**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-10-142-BLG-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| TYLER JAY SKELTON, | |
| Defendant. | |

Defendant Tyler Jay Skelton has moved for early termination of his current term of supervised release.  (Doc. 60).  The Government does not oppose the motion.  *Id.* at 5.  Mr. Skelton's probation officer confirms that Mr. Skelton has complied with his supervision conditions.  *Id.*  The Court conducted a hearing on the motion on April 24, 2019.  For the reasons below, the Court will grant Mr. Skelton's motion.

Mr. Skelton was indicted on November 11, 2010.  The Indictment charged him with conspiracy to distribute methamphetamine in violation of 21 U.S.C. §§ 846 (Count I) and possession of a firearm during a drug trafficking crime in violation of 18 U.S.C. § 924(c) (Count II).  (Doc. 1).  Mr. Skelton pled guilty to the charges in the Indictment on April 13, 2011.  (Doc. 29).  Mr. Skelton was sentenced to eighty-seven months imprisonment followed by five years of supervised release.  (Docs. 38, 38-1).

While incarcerated, Mr. Skelton took advantage of as many programs as he could. (Doc. 61 at 3). Mr. Skelton completed an Associates Degree in Office Technology with a 4.0 GPA, while also working full time in the prison's electrical shop. *Id.* With his free time, Mr. Skelton enjoyed working with leather making backpacks, belts, wallets and purses for his family and friends. *Id.* Mr. Skelton also surrounded himself with other men that were determined to make better life choices. *Id.*

Mr. Skelton has been working at Helix Electric, one of the largest electrical companies on the west coast. *Id.* at 4. Mr. Skelton started at an entry-level position laboring in the field and now works as a Project Engineer. *Id.* Additionally, Mr. Skelton finished his degree in Construction Management. *Id.* A letter from his supervisor, Brooks Parnell, was also previously submitted to the Court on January 29, 2019 (Doc. 56-1 at 7), evidencing Mr. Skelton's success in the workplace. *Id.*

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interests of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The record reflects that Mr. Skelton has complied with his supervision conditions. Mr. Skelton has demonstrated he is able to conform his conduct to the law. Mr. Skelton has changed his lifestyle to address the Court's obligations. Mr. Skelton does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

## ORDER

Accordingly, **IT IS ORDERED** that Mr. Skelton's Motion for Early Termination of Supervised Release (Doc. 60) is **GRANTED**.

DATED this 24th day of April, 2019.

Brian Morris
United States District Court Judge